UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES D. MOSES, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No: 06-01712 (JGP) |
| ) | |
| DAVID M. WALKER, ) | |
| Comptroller General of the ) | |
| U.S. Government Accountability Office, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

MOTION TO STAY CLASS CERTIFICATION

The Defendants, David M. Walker, Comptroller General of the United States, Government Accountability Office ("GAO") et al., through counsel, request that the Court stay class certification until the Court has made a decision on the Defendants' motion to dismiss. The Plaintiff commenced this action under the Age Discrimination in Employment Act of 1964 ("ADEA"), 29 U.S.C. § 633a (2006), the Constitution, and other federal laws and regulations, alleging age discrimination in performance appraisals, advancements, pay and terminations. In the Complaint, Plaintiff stated that he was "contemporaneously filing a motion for a preliminary injunction and a motion for class certification under Rule 23. The allegations in those motions are incorporated by this reference." Compl. at p. 13.

Before discovery and briefing occurs on the issue of class certification, it would save the Court and the parties time and resources to await a decision on the motion to dismiss. Although Plaintiff's counsel opposes the request to stay class certification, Defendants believe that class certification is premature at this stage of the litigation. Therefore, Defendants request that the Court stay class certification until after the Court has made a decision on the motion to dismiss.

December 7, 2006.                    Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.


_____/s/_____
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 514-7153

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Motion to Stay Class Certification and its accompanying Order was filed via the Court's electronic filing system on this December 7, 2006 and is expected to be served by the Court's electronic transmission facilities to:

Walter T. Carlton
Walter T. Charlton & Assoc.
1156 15th Street, N.W.
LL 10
Washington, D.C.  20005
(410) 571-8764 (phone)
(410) 897-0471 (Fax)

                                                            /S/
                                   ANDREA McBARNETTE, D.C. Bar  #483789
                                   Assistant United States Attorney
                                   Judiciary Center Building
                                   555 Fourth Street, N.W.,
                                   Washington, D.C. 20530
                                   (202) 514-7153

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES D. MOSES, )<br>)<br>　　　Plaintiff, )<br>　　v. )<br>)<br>DAVID M. WALKER, )<br>Comptroller General of the )<br>U.S. Government Accountability Office, )<br>et al. )<br>)<br>　　　Defendants. )<br>　　　　　　　　　　　　　　　　　　) | Case No: 06-01712 (JGP) |

ORDER

UPON CONSIDERATION of Defendants' Motion to Stay Class Certification, any opposition thereto, any reply, and the record herein, it is this ____ day of _____, 200__,

ORDERED, that class certification, any discovery and briefing regarding class certification, is stayed pending the Court decision upon Defendants' Motion to Dismiss.

_____
United States District Court Judge