IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| James D. Moses )<br>    For himself and )<br>    All others similarly situated )<br>    )<br>    Plaintiffs )<br>    )<br>        v. )<br>    )<br>DAVID M. WALKER )<br>Comptroller General of the United States, )<br>Government Accountability Office (GAO) )<br>441 G St., N.W. )<br>Washington, DC 20548 )<br>    )<br>    and )<br>    )<br>Michael Doheny, Chair )<br>The Personnel Appeals Board of the GAO, )<br>820 first Street, N.E. )<br>Washington, D.C. 20002 )<br>    )<br>    Defendants. )<br>    ) | Case No. **1:06 CV 01712 (JGP)** |

**PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME
TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
TO JANUARY 20, 2007**

Plaintiffs through counsel respectfully request an extension of time of one month to file an opposition to defendants' Motion to Dismiss the Complaint, or to January 20th, 2007. Defendants' counsel, Andrea McBarnette has been contacted and does not object to the extension requested.

**PLAINTIFFS POINTS AND AUTHORITIES IN SUPPORT OF THIS MOTION.**

1

1. Plaintiff(s) and counsel have been working diligently to complete the filings in all four related cases against the same Defendant. This effort has been extensive and complex, requiring review of the record in all four cases simultaneously. The record in this case goes back several years.

2. In addition, the holidays have intervened.

3. Evidence has been submitted by the defendant necessitating development of contradictory evidence which may convert this motion to a Motion for Summary Judgment on the several points raised in Defendants' Motion to Dismiss. Development of that evidence may well require the subpoena of a witness or two to contradict the evidence submitted. The additional time is needed to consider the evidentiary effect of defendants' submissions and the necessity for evidentiary refutation.

4. There will be no prejudice to any party by the extension requested.

Wherefore, premises considered, an extension of time to respond is requested to January 20th, 2007 to file plaintiffs response to this motion. A draft Order accomplishing this objective is attached.

Respectfully submitted,
/s/ charltonw 2428
Walter T. Charlton, D.C. Bar # 186940
Counsel for the Plaintiffs and the Class
They Seek to Represent
230 Kirkley Road,
Annapolis, Maryland 21401
Telephone 410 571 8764
Email, charltonwt@comcast.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Arthur L. Davis, et al )<br>    and all others similarly situated )<br>  )<br>PLAINTIFFS, )<br>  )<br>  )<br>DAVID M. WALKER )<br>Comptroller General of the )<br>United States c/o United States General )<br>Accountability Office (GAO) )<br>    and )<br>Michael Wolf, Chairman )<br>United States Government Accountability Office )<br>Personnel Appeals Board (PAB) )<br>    DEFENDANTS. )<br>  ) | CASE NO: 06 1002 (JGP) |

**ORDER**

Upon consideration of Plaintiffs' Consent Motion for Extension of time until January 20th, 2007 to file a response to Defendants's Motion to Dismiss, and it appearing that the extension is in the interests of justice, now therefore, the motion is GRANTED.

Plaintiffs shall have until January 20th, 2007 to file the Response to the Defendants' Motion to Dismiss in this case.

_____
John G. Penn, United States District Judge

**Certificate of Service**

I hereby certify that I filed by electronic means the above Motion for Extension of Time in this case, with automatic service upon the Counsel for the Defendants, Andrea McBarnette, to be made by automatic electronic service upon:

Andrea McBarnette, AUSA
Judiciary Center Building
555 4th, Street, N.W.
Washington, D.C. 2001.

/S/ Charltonw 2428
_____
Walter T. Charlton