UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES D. MOSES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No: 06-01712 (JGP) |
| | ) | |
| DAVID M. WALKER, | ) | |
| Comptroller General of the | ) | |
| U.S. Government Accountability Office, | ) | |
| et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

CONSENT MOTION FOR ENLARGEMENT OF TIME TO RESPOND

The Defendants, David M. Walker, Comptroller General of the United States, Government

Accountability Office ("GAO") et al., through counsel, request an enlargement of time to oppose

Plaintiff's motion for consolidation.  Plaintiff requests consolidation of roughly four cases against

the Defendants.  The Defendants need time to coordinate their response in this case, with their

opposition in all of the cases in which the Plaintiff seeks to have consolidated.  In addition,

Defendants seek additional time to prepare their response in light of the holidays and that the

undersigned will be out of the office next week.  Specifically, Defendants request that they be

allowed to file their opposition up to and including January 29, 2007.  This extension is sought in

good faith and will not unfairly prejudice any party.  Plaintiffs' counsel has graciously consented

to the relief requested.

WHEREFORE, based on the foregoing, the Defendants respectfully request that they be

allowed to file their opposition up to and including January 29, 2007.

December 22, 2006                              Respectfully submitted,


                                   _____/s/_____
                                   JEFFREY A. TAYLOR, D.C. BAR # 498610
                                   United States Attorney


                                   _____/s/_____
                                   RUDOLPH CONTRERAS, D.C. BAR # 434122
                                   Assistant United States Attorney.


                                   _____/s/_____
                                   ANDREA McBARNETTE, D.C. Bar  # 483789
                                   Assistant United States Attorney
                                   555 Fourth Street, N.W.
                                   Washington, D.C. 20530
                                   (202) 514-7153

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion for Enlargement was filed via the Court's

electronic filing system on this December 22, 2006 and is expected to be served by the Court's

electronic transmission facilities to:


Walter T. Carlton
Walter T. Charlton & Assoc.
1156 15th Street, N.W.
LL 10
Washington, D.C.  20005
(410) 571-8764 (phone)
(410) 897-0471 (Fax)


          /S/
ANDREA McBARNETTE, D.C. Bar  #483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 514-7153

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
JAMES D. MOSES,                          )
                                         )
                    Plaintiff,           )
            v.                           )    Case No: 06-01712 (JGP)
                                         )
DAVID M. WALKER,                         )
Comptroller General of the              )
U.S. Government Accountability Office,   )
et al.                                   )
                                         )
                    Defendants.          )
_____)

## **ORDER**

Upon consideration of Defendants' Motion for Enlargement of Time, it is hereby ordered

that the motion is granted.  The Defendants' time to oppose Plaintiff's motion for consolidation

is extended to and including January 29, 2007.


                                              _____
                                              UNITED STATES DISTRICT JUDGE


Dated: _____, 200__