IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| James D. Moses ) <br>    For himself and ) <br>    All others similarly situated ) <br>    Plaintiffs ) <br>        v. ) <br> DAVID M. WALKER ) <br> Comptroller General of the United States, ) <br> Government Accountability Office (GAO) ) <br>    and ) <br> ) <br> Michael Doheny, Chair ) <br> The Personnel Appeals Board of the GAO, ) <br> 820 first Street, N.E. ) <br> Washington, D.C. 20002 ) <br>    Defendants. ) | Case No. **1:06 CV 01712  (JGP)** |

**PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME
TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
TO JANUARY 24, 2007**

Plaintiffs through counsel respectfully request an extension of time of an additional two days to file an opposition to defendants' Motion to Dismiss the Complaint, or to January 24th, 2007.  Defendants' counsel, Andrea McBarnette has been contacted and does not object to the extension requested.

Respectfully submitted,

/s/ charltonw 2428

Walter T. Charlton, D.C. Bar # 186940
Counsel for the Plaintiffs and the Class
They Seek to Represent
230 Kirkley Road,
Annapolis, Maryland 21401
Telephone 410 571 8764
Email, charltonwt@comcast.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| James D. Moses )<br>    For himself and )<br>    All others similarly situated )<br>    Plaintiffs )<br>        v. )<br>DAVID M. WALKER )<br>Comptroller General of the United States, )<br>Government Accountability Office (GAO) )<br>    and )<br>)<br>Michael Doheny, Chair )<br>The Personnel Appeals Board of the GAO, )<br>820 first Street, N.E. )<br>Washington, D.C. 20002 )        )<br>    Defendants. )  | Case No. **1:06 CV 01712  (JGP)** |

**PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME
TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
TO JANUARY 24, 2007**

**PLAINTIFFS POINTS AND AUTHORITIES IN SUPPORT OF THIS MOTION.**

    1. Plaintiff(s) and counsel have been working diligently to complete the filings in all four related cases against the same Defendant.  This effort has been extensive and complex, requiring review of the record in all four cases simultaneously.  The record in this case goes back several years.

    2.  In addition, although completion of this opposition is nearly complete, plaintiff's counsel has been fighting the flue and it has come back today, at the end of the process of preparation of this opposition.  Counsel believes and hopes that he will have recovered sufficiently to finish the task either tomorrow on the next day.

    3.  There will be no prejudice to any party by the extension requested.

Wherefore, premises considered, an extension of time to respond is requested to January 204th, 2007 to file plaintiffs response to this motion. A draft Order accomplishing this objective is attached.

Respectfully submitted,

/s/ charltonw 2428

Walter T. Charlton, D.C. Bar # 186940
Counsel for the Plaintiffs and the Class
They Seek to Represent
230 Kirkley Road,
Annapolis, Maryland 21401
Telephone 410 571 8764
Email, charltonwt@comcast.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| James D. Moses )<br>  For himself and )<br>  All others similarly situated )<br> )<br>  Plaintiffs )<br> )<br>     v. )<br> )<br>DAVID M. WALKER )<br>Comptroller General of the United States, )<br>Government Accountability Office (GAO) )<br>441 G St., N.W. )<br>Washington, DC 20548 )<br> )<br>  and )<br> )<br>Michael Doheny, Chair )<br>The Personnel Appeals Board of the GAO, )<br>820 first Street, N.E. )<br>Washington, D.C. 20002 )<br> )<br>  Defendants. )<br> ) | Case No. **1:06 CV 01712 (JGP)** |

**ORDER**

Upon consideration of Plaintiffs' Consent Motion for Extension of time until January 24th, 2007 to file a response to Defendants's Motion to Dismiss, and it appearing that the extension is in the interests of justice, now therefore, the motion is GRANTED.

Plaintiffs shall have until January 24th, 2007 to file the Response to the Defendants' Motion to Dismiss in this case.

_____
John G. Penn, United States District Judge

2

**Certificate of Service**

I hereby certify that I filed by electronic means the above Motion for Extension of Time in this case, with automatic service upon the Counsel for the Defendants, Andrea McBarnette, to be made by automatic electronic service upon:

Andrea McBarnette, AUSA
Judiciary Center Building
555 4th, Street, N.W.
Washington, D.C. 2001.

On the 22nd day of January, 2007.

    /S/ Charltonw 2428
_____
Walter T. Charlton