IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **James D. Moses**<br>    For himself and<br>    All others similarly situated<br><br>    **Plaintiffs**<br><br>            v.<br><br>**DAVID M. WALKER**<br>**Comptroller General of the United States,**<br>**Government Accountability Office (GAO)**<br>    **and**<br>**Michael Doheny, Chair**<br>**The Personnel Appeals Board of the GAO,**<br>    **Defendants.** | Case No. 1:06 CV 01712 (JGP) |

**CONSENT MOTION FOR LEAVE TO FILE
A SUR-REPLY TO DEFENDANT'S MOTION TO DISMISS
<u>REGARDING DISPUTED FACTS</u>**

Plaintiff James D. Moses hereby files this Consent Motion requesting leave to file a sur-reply in the nature of a rebuttal to facts relating to the timeliness of his filings in the administrative process at GAO.

Andrea McBarnette, AUSA, the counsel for the Defendant has graciously consented to the granting of this motion as undersigned counsel has represented that the correct timing of filings is essential to the Court's determination.

Premises considered, this Motion for Leave to file a sur-reply to the Defendant's Motion to Dismiss should be granted.

Plaintiff requests five days to file this sur-reply, or until March 5th, 2007.

        Respectfully submitted,

        Signed, *charltonw2428*

        Walter T. Charlton, Attorney for Plaintiffs
        D.C. Bar # 186940
        Walter T. Charlton & Associates
        1156 15th, Street N.W. LL 10
        Washington D.C., 20005-1704
        Phone 410 571 8764, Fax 410 897 0471
        charltonwt@comcast.net
        Counsel for Plaintiff and the Putative Class

        Certificate of Service

      I hereby certify that on the 28th, day of February, 2007 I served by the official ECF system a copy of this Consent Motion for Leave to File a Sur-Reply, with the expectation that it would be automatically delivered to:

Andrea McBarnette, AUSA
555 Fourth Street, N.W
Washington, D.C.
D.C. 20530

    Charltonw 2428
Walter T. Charlton

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **James D. Moses** ) | |
|         For himself and ) | |
|         All others similarly situated ) | |
| ) | |
|         **Plaintiffs** ) | |
| ) | |
|         v. ) | Case No.  1:06 CV 01712  (JGP) |
| ) | |
| **DAVID M. WALKER** ) | |
| **Comptroller General of the United States,** ) | |
| **Government Accountability Office (GAO)** ) | |
|         and ) | |
| **Michael Doheny, Chair** ) | |
| **The Personnel Appeals Board of the GAO,** ) | |
|         **Defendants.** ) | |

**STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT OF THIS MOTION.**

1. Mr. Moses contends that factual material, which will include a second declaration of Mr. Moses and also including official postal receipts, contained in his Sur-Reply, is essentially a rebuttal.  Mr. Moses expects that material to refute the essence of the contention of the GAO that his filings were untimely.

2. There will be no prejudice to any party by this new material.

3. Consideration of the actual dates and circumstances of effective dates of the disputed personnel actions is essential to the interests of justice.

Wherefore, leave should be granted to file the rebuttal material on or before the fifth day of March, 2007.

Respectfully submitted,

Signed, *charltonw2428*

Walter T. Charlton, Attorney for Plaintiffs
D.C. Bar # 186940
Walter T. Charlton & Associates
1156 15th, Street N.W. LL 10
Washington D.C., 20005-1704
Phone 410 571 8764, Fax 410 897 0471
charltonwt@comcast.net
Counsel for Plaintiff and the Putative Class

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **James D. Moses**     )<br>  **For himself and**     )<br>  **All others similarly situated**    )<br>       )<br>  **Plaintiffs**     )<br>       )<br>  v.      )<br>       )<br> **DAVID M. WALKER**     )<br> **Comptroller General of the United States,**  )<br> **Government Accountability Office (GAO)**  )<br>  **and**      )<br> **Michael Doheny, Chair**    )<br> **The Personnel Appeals Board of the GAO,**  )<br>  **Defendants.**     )<br>       ) | Case No. 1:06 CV 01712 (JGP) |

**ORDER**

Upon consideration of Plaintiff's Consent Motion for Leave to File a Sur-Reply to the Defendants Motion to Dismiss the complaint on timeliness grounds, and it appearing to be in the interests of justice to grant this motion, now therefore the Motion is GRANTED.

Plaintiff shall have until the 5th, day of March, 2007 to file his Sur-Reply.

_____
Judge, John G. Penn, United States
District Court