IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **James D. Moses**<br>    For himself and<br>    All others similarly situated<br><br>    **Plaintiffs**<br><br>        v.<br><br>**DAVID M. WALKER**<br>**Comptroller General of the United States,**<br>**Government Accountability Office (GAO)**<br>    and<br>**Michael Doheny, Chair**<br>**The Personnel Appeals Board of the GAO,**<br>    **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.   1:06 CV 01712  (JGP)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR AN EXTENSION OF TIME
TO FILE A PETITION FOR FEES AND COSTS FOR
A SUBSTANTIALLY PREVAILING PLINTIFF (MOSES)**

Plaintiff herein hereby requests and extension of time to file a petition for attorney's fees and costs for the substantially prevailing plaintiff, James D. Moses.  Andrea McBarnette, counsel for the defendants, has been contacted by telephone and she consents to the extension of time to file.  According to case law, a petition for costs and fees for a substantially prevailing plaintiff in an ADEA case, as here, must file his petition for costs and fees within 30 days of his settlement or otherwise prevailing.  Here, no notice of Mr. Moses being granted a substantial part of the relief he requested was ever given to counsel.  Counsel recently learned that effective April 7, 2007 Mr. Moses was granted a promotion, a bonus, a restoration of his COLA denial, and a status change to the higher position from which he was demoted.  That action by GAO management was unilateral, was never noticed to undersigned counsel, and consequently was

learned about only when the monetary increases became effective in plaintiff's paycheck on or just before April 7th, 2007.

Since that time, Plaintiff's counsel has been diligently processing the information on hours and costs and tasks required to be in the petition, but voluminous hours and numerous tasks, along with the press of current work in this case have made compliance with the unnoticed deadline difficult.  Opposing counsel, Andrea McBarnette has graciously consented to an extension of time for 15 days, although she is expected to oppose the motion.

Premises considered, undersigned counsel respectfully requests a 15 day extension, or until May 22 to file the appropriate petition for fees and costs in this case.

Respectfully submitted,

*Charltonw2428*

Walter T. Charlton,
D.C. Bar # 186940
Telephone 410-571 8764
1156 15th, Street N.W.. LL 10
Attorney for Plaintiff and the putative class
of about 309 persons he seeks to represent

Certificate of Service

I hereby certify that I filed via the ECF system a copy of this Consent Motion for an Extension of time until May 22, 2007 with the expectation that a copy thereof will be automatically electronically delivered to:

Andrea McBarnette, AUSA
555 Fourth Street, N.W
Washington, D.C.
20530

    *CharltonW 2428*
Walter T. Charlton, D.C. Bar # 186940

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **James D. Moses**<br>    For himself and<br>    All others similarly situated<br><br>    **Plaintiffs**<br><br>        v.<br><br>**DAVID M. WALKER**<br>**Comptroller General of the United States,**<br>**Government Accountability Office (GAO)**<br>        and<br>**Michael Doheny, Chair**<br>**The Personnel Appeals Board of the GAO,**<br>        Defendants. | Case No.    1:06 CV 01712  (JGP) |

**ORDER**

Upon consideration of the circumstances of this case, the lack of notice of relief granted to the Plaintiff, and the underlying complexities in preparation of a Petition for Attorney's Fees and Costs on an Interim Basis for a Substantially Prevailing Plaintiff in a civil rights case, and it appearing that the counsel for the Defendants had consented to the Motion, and the consent motion is in the interests of justice, the consent extension of time requested, now therefore the request is Granted.

Plaintiff shall have until May 22, 2007 to file his Petition for Interim Attorney's Fees and Costs in this case.

_____
Judge, United States District Court

1