IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **James D. Moses**<br>     For himself and<br>     All others similarly situated<br><br>     **Plaintiffs**<br><br>           v.<br><br>**DAVID M. WALKER**<br>**Comptroller General of the United States,**<br>**Government Accountability Office (GAO)**<br>     **and**<br>**Michael Doheny, Chair**<br>**The Personnel Appeals Board of the GAO,**<br>     **Defendants.** | Case No.   1:06 CV 01712  (JGP) |

**ERRATA TO MOTION FOR AN EMERGENCY HEARING**
**FILED ON MAY 2, 2007 BY PLAINTIFF**

The Court is respectfully requested to file this ERRATA to the Motion for an Emergency Hearing on the Issuance of Subpoenas. Exhibit # 1 was inadvertently omitted from that filing.

The omitted Exhibit is attached as Exhibit 1 hereto.

                                        Respectfully submitted,

                                        *Charltonw2428*

                                        Walter T. Charlton,
                                        D.C. Bar # 186940
                                        Telephone 410-571 8764
                                        1156 15th, Street N.W.. LL 10
                                        Attorney for Plaintiff and the putative class
                                        of about 309 persons he seeks to represent

Certificate of Service

  I hereby certify that I filed via the ECF system a copy of this ERRATA to the filing by Plaintiff of his request for an emergency hearing, with the expectation that a copy thereof will be automatically electronically delivered to:

Andrea McBarnette, AUSA
555 Fourth Street, N.W
Washington, D.C.
20530

  *CharltonW 2428*
Walter T. Charlton, D.C. Bar # 186940

# Exhibit 1

Read Message

From: charltonwt@comcast.net

To:

andrea.mcbarnette@usdoj.gov (Andrea McBarnette, AUSA)
Subject: (1) Copies of Subpoenas you requested. (2) Name of Congressional Committees.
Date: Wednesday, May 02, 2007 11:38:29 AM

To: Andrea McBarnette, AUSA, Counsel for GAO and the PAB in the James D. Moses Case.

Andrea: Here are the three Subpoenas served Monday upon the persons subpoenaed requesting documents in the Administrative Cases as captioned in those subpoenas. They are for the 12 persons identically situated with Mr. Moses. The Subpoenas were served upon Joan Hollenbach, Anne Wagner, and the PAB on Monday. This is to confirm your position that:

1. The Defendants have no objection to an extension of time for filing of our fee and cost petition in the James D. Moses v. GAO case, for which our petition for his costs and attorney's fees for "substantially prevailing" is due on or about May 7th, 2007. I have requested a two week extension of that due date to which you have no objection. You apparently were unaware that Mr. Moses has in fact received a substantial part of the monetary relief he requested in that case, consisting of a bonus of $ 2,800; a raise in status and pay, including the previous COLA denial, and the position of Band IIB at GAO which this lawsuit demanded.

2. You have notified me that *none* of the attached Subpoenas will be honored by GAO. I informed you that those subpoenaed documents contain important evidence highly relevant to all pending motions, including the motion to dismiss the Moses case for which a hearing has been requested.

3. At this time you have not filed a "motion to quash" those subpoenas.

4. You have no objection to an immediate hearing on GAO's failure to respond to these document subpoenas, and/or upon the Motion to Dismiss as filed if I can arrange it with the Court. I will attempt to do this and include you in the conversation at that time with a short notice of when I intend to call for arranging the hearing.

We discussed the fact that Congressional hearing on the subject of GAO's treatment of its senior employees have been scheduled. The name of the committees of Congress which are having hearings on this subject are:

1. Senate Committee on Homeland Security and Governmental Affairs, Subcommittee on the Federal Workforce.

2. House Committee on oversight and Government Reform, Subcommittee on Workforce, Post Office and the District of Columbia.

I believe those hearings are set for around the 20th, of May, 2007, but I am unsure of the exact time and date.

Walter T. Charlton, Counsel for James D. Moses and the class he seeks to represent.

(Attachments successfully scanned for viruses.)

**Attachment 1: PAB_Subpoena_GAO_Attn_Joan_Hollenbach_JIM MOSES_043007.pdf** (application/pdf)

**Attachment 2: PAB_Subpoena_Wagner_JIM MOSES_043007.pdf** (application/pdf)

**Attachment 3: PAB_Subpoena._PAB_JIM MOSES_043007.pdf** (application/pdf)