**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **James D. Moses**   ) | |
|     **For himself and**   ) | |
|     **All others similarly situated**   ) | |
|     )   | |
|     **Plaintiffs**   ) | |
|     )   | |
|     **v.**   ) | **Case No.**    **1:06 CV 01712  (JGP)** |
|     )   | |
| **DAVID M. WALKER**   ) | |
| **Comptroller General of the United States,**   ) | |
| **Government Accountability Office (GAO)**   ) | |
|     **and**   ) | |
| **Michael Doheny, Chair**   ) | |
| **The Personnel Appeals Board**   ) | |
|     **of the GAO, (PAB)**   ) | |
|     **Defendants.**   ) | |

**CONSENT MOTION FOR FURTHER EXTENSION OF TIME**
**(30 DAYS) TO FILE A PETITION FOR INTERIM FEES AND COSTS**
**(Plaintiff having Substantially Prevailed)**

Plaintiff herein, James D. Moses (Moses), files this Motion for a Further Extension of

Time to file his petition for interim costs and attorney's fees.  Moses is presently scheduled to

file his petition today, May 22, 2007.  Because of the activities addressed in Motions and filings

yesterday in this case, undersigned counsel has not had the time to complete the substantial task

of summarizing all time and costs incurred in this case from its inception, in early 2006, to date.

Opposing counsel, Andrea McBarnette has consented to an extension, if such extension is

in fact necessary under present procedural law.  There is some question that in fact there may be

no deadline, as would be applicable in the event of a court judgment.  However, in this case, the

court procedures are continuing and the prevailing by Moses is the result of unilateral action by

1

his employer, the GAO, in granting several substantial items of monetary relief but not all relief he requested.  In this circumstance, it may be that no time deadline applies to an interim petition.

In the interests of caution, this Motion is filed.  Plaintiff requests another 30 days to file his petition for costs and fees to date.  If the requested extension is granted, the petition will be due on June 21, 2007.

Respectfully submitted,

*Charltonw2428*

Walter T. Charlton,
D.C. Bar # 186940
Telephone 410-571 8764
1156 15th, Street N.W.. LL 10
Attorney for Plaintiff and the putative class
of about 309 persons he seeks to represent

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

| | |
|---|---|
| **James D. Moses** | ) |
|     **For himself and** | ) |
|     **All others similarly situated** | ) |
| | ) |
|     **Plaintiffs** | ) |
| | ) |
|       **v.** | )     **Case No.**    **1:06 CV 01712 (JGP)** |
| | ) |
| **DAVID M. WALKER** | ) |
| **Comptroller General of the United States,** | ) |
| **Government Accountability Office (GAO)** | ) |
|     **and** | ) |
| **Michael Doheny, Chair** | ) |
| **The Personnel Appeals Board** | ) |
|     **of the GAO, (PAB)** | ) |
|     **Defendants.** | ) |

_____)

**POINTS AND AUTHORITIES IN SUPPORT OF
CONSENT MOTION FOR FURTHER EXTENSION OF TIME
TO FILE A PETITION FOR INTERIM FEES AND COSTS
(Plaintiff having Substantially Prevailed)**

    1.  This case is ongoing, so there will be no prejudice to any party by the granting of the extension requested.

    2.  The effort in gathering the necessary costs and fees is substantial in that several related cases have taken the time and efforts of several counsel.  Under the authorities the tasks worked upon need to be detailed which accumulation has taken more time than available because of the press of other work in this case on the remaining aspects of this case still in litigation.

    3.  This is a consent motion.

    Wherefore, the extension to June 21, 2007 for the filing of the interim fee and cost petition should be granted.

1

Respectfully submitted,

*Charltonw2428*

Walter T. Charlton,
D.C. Bar # 186940
Telephone 410-571 8764
1156 15th, Street N.W.. LL 10
Attorney for Plaintiff and the putative class
of about 309 persons he seeks to represent

Certificate of Service

I hereby certify that I filed via the ECF system a copy of this Plaintiff's Motion for further

Extension of Time (30 days) to File a Petition for Fees and Costs, on May 22nd, 2007, with the

expectation that a copy thereof will be automatically electronically delivered to:


Andrea McBarnette, AUSA
555 Fourth Street, N.W
Washington, D.C.
20530

        *CharltonW 2428*
Walter T. Charlton, D.C. Bar # 186940

3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

| | |
|---|---|
| **James D. Moses** | ) |
|     **For himself and** | ) |
|     **All others similarly situated** | ) |
| | ) |
|     **Plaintiffs** | ) |
| | ) |
|      **v.** | )    **Case No.    1:06 CV 01712  (JGP)** |
| | ) |
| **DAVID M. WALKER** | ) |
| **Comptroller General of the United States,** | ) |
| **Government Accountability Office (GAO)** | ) |
|     **and** | ) |
| **Michael Doheny, Chair** | ) |
| **The Personnel Appeals Board of the GAO,** | ) |
|     **Defendants.** | ) |

_____)

**ORDER**

Upon consideration of plaintiffs' Motion for a 30 day extension of time to file an interim

petition for costs and fees, and it appearing that the Counsel for the Defendants' has consented to

the extension, Plaintiffs' petition for costs and fees shall be due not later than June 21, 2007.

**SO ORDERED.**

                                   _____
                                   John Garrett Penn, Senior United States District
                                   Judge