UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES D. MOSES, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No: 06-01712 (JGP) |
| ) | |
| DAVID M. WALKER, ) | |
| Comptroller General of the ) | |
| U.S. Government Accountability Office, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

CONSENT MOTION FOR ENLARGEMENT OF TIME

The Defendants, David M. Walker, Comptroller General of the United States, Government Accountability Office ("GAO") et al., through counsel, request an enlargement of time to oppose Plaintiff's motion for immediate class certification and injunctive relief. The Defendants need time to investigate Plaintiff's allegations made in his motion and to prepare an opposition. Specifically, Defendants request that they be allowed to file their opposition up to and including June 20, 2007. This extension is sought in good faith and will not unfairly prejudice any party. Plaintiffs' counsel has graciously consented to the relief requested.

WHEREFORE, based on the foregoing, the Defendants respectfully request that they be allowed to file their opposition up to and including June 20, 2007.

June 5, 2007                    Respectfully submitted,

                                                           _____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.

_____/s/_____
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153