UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES D. MOSES, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No: 06-01712 (JGP) |
| ) | |
| DAVID M. WALKER, ) | |
| Comptroller General of the ) | |
| U.S. Government Accountability Office, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the Consent Motion for Enlargement of Time, it is hereby ordered that the motion is granted. The Defendants' time to oppose Plaintiff's motion for immediate class certification and injunctive relief is extended to and including July 9, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES D. MOSES, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No: 06-01712 (JGP) |
| ) | |
| DAVID M. WALKER, ) | |
| Comptroller General of the ) | |
| U.S. Government Accountability Office, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the Consent Motion for Enlargement of Time, it is hereby ordered that the motion is granted. The Defendants' time to oppose Plaintiff's motion for immediate class certification and injunctive relief is extended to and including July 9, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007