UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES D. MOSES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No: 06-01712 (JGP) |
| | ) | |
| DAVID M. WALKER, | ) | |
| Comptroller General of the | ) | |
| U.S. Government Accountability Office, | ) | |
| et al. | ) | |
| | ) | |
| Defendants. | ) | |

CONSENT MOTION FOR ENLARGEMENT OF TIME

The Defendants, David M. Walker, Comptroller General of the United States, Government Accountability Office ("GAO") et al., through counsel, request an enlargement of time to oppose Plaintiff's motion for immediate class certification and injunctive relief. The Defendants have been diligently working on an opposition but realize that they will require additional time to complete their investigation of the Plaintiff's allegations made in his motion and to prepare an opposition. In addition, the Defendants seek additional time because presently agency counsel is out of the office and the undersigned will be out of the office for a period of time. Plaintiff's counsel has consented to the relief requested, with the proviso that the extension will not be viewed by the Court as prejudicial to the parties or the putative class. Specifically, Defendants request that they be allowed to file their opposition up to and including July 9, 2007. This extension is sought in good faith and will not unfairly prejudice any party.

WHEREFORE, based on the foregoing, the Defendants respectfully request that they be allowed to file their opposition up to and including July 9, 2007.

June 19, 2007               Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.

_____/s/_____
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES D. MOSES, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No: 06-01712 (JGP) |
| ) | |
| DAVID M. WALKER, ) | |
| Comptroller General of the ) | |
| U.S. Government Accountability Office, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the Consent Motion for Enlargement of Time, it is hereby ordered that the motion is granted. The Defendants' time to oppose Plaintiff's motion for immediate class certification and injunctive relief is extended to and including July 9, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007