UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES D. MOSES, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DAVID M. WALKER, )<br>Comptroller General of the )<br>U.S. Government Accountability Office, )<br>et al. )<br>)<br>Defendants. )<br>) | Case No: 06-01712 (JGP) |

NOTICE OF AMENDED PROPOSED ORDER

The Defendants, David M. Walker, Comptroller General of the United States, Government Accountability Office ("GAO") et al., through counsel, submit the following order that amends the proposed order attached to the Motion for Enlargement of Time filed by the Defendants on June 20, 2007.

June 20, 2007                    Respectfully submitted,

                                 _____/s/_____
                                 JEFFREY A. TAYLOR, D.C. BAR # 498610
                                 United States Attorney

                                 _____/s/_____
                                 RUDOLPH CONTRERAS, D.C. BAR # 434122
                                 Assistant United States Attorney.

                                 _____/s/_____
                                 ANDREA McBARNETTE, D.C. Bar  # 483789
                                 Assistant United States Attorney
                                 555 Fourth Street, N.W.
                                 Washington, D.C. 20530
                                 (202) 514-7153

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES D. MOSES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No: 06-01712 (JGP) |
| | ) | |
| DAVID M. WALKER, | ) | |
| Comptroller General of the | ) | |
| U.S. Government Accountability Office, | ) | |
| et al. | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of the Consent Motion for Enlargement of Time and in accordance with the stipulation of the parties that the extension will not be viewed by the Court as prejudicial to the parties or the putative class, it is hereby ordered that the motion is granted. The Defendants' time to oppose Plaintiff's motion for immediate class certification and injunctive relief is extended to and including July 9, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007