IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **James D. Moses**<br>       For himself and<br>       All others similarly situated<br><br>       **Plaintiffs**<br><br>              v.<br><br>**DAVID M. WALKER**<br>**Comptroller General of the United States,**<br>**Government Accountability Office (GAO)**<br>       and<br>**Michael Doheny, Chair**<br>**The Personnel Appeals Board of the GAO,**<br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No.   1:06 CV 01712  (JGP)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE REPLY TO DEFENDANTS OPPOSITION TO
PLAINTIFFS MOTION FOR A DECLARATORY JUDGMENT**

Plaintiff James D. Moses, for himself and all other similarly situated hereby files consenet motion for an extension of time to reply to Defendant's Opposition to Plaintiff's Motion for a Declaratory Judgment that Plaintiff has substantially prevailed, and the supplement filed on August 1, 2007.  A one week extension is requested to Monday, August 13, 2007.

This Motion has been necessitated by the supplement filed defendants on August 1, 2007. A draft Order accompanies this Motion granting the relief requested.

Respectfully submitted,

Signed, *charltonw2428*

Walter T. Charlton, Attorney for Plaintiffs
D.C. Bar # 186940
Walter T. Charlton & Associates
1156 15th, Street N.W. LL 10
Washington D.C., 20005-1704
Phone 410 571 8764, Fax 410 897 0471
charltonwt@comcast.net
Counsel for Plaintiff and the Putative Class

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that I filed on August 6th, 2007 in the ECF system for the United States District Court, this Consent Motion for an Extension of time to file a Reply to Defendants' Opposition to Plaintiff's Motion for a Declaratory Judgment, with the expectation that a copy of this Motion would be sent to Andrea McBarnette, AUSA, counsel for the defendants, in the normal course of business.

   [s]
CharltonW 2428

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **James D. Moses**<br>　　**For himself and**<br>　　**All others similarly situated**<br><br>　　**Plaintiffs**<br><br>　　　　v.<br><br>**DAVID M. WALKER**<br>**Comptroller General of the United States,**<br>**Government Accountability Office (GAO)**<br>　　**and**<br>**Michael Doheny, Chair**<br>**The Personnel Appeals Board of the GAO,**<br>　　**Defendants.** | Case No.   1:06 CV 01712  (JGP) |

### ORDER

Upon consideration of Plaintiff's Consent Motion for an extension of time to file a reply to Defendants Opposition and Supplement to that Opposition opposing Plaintiffs Motion for a Declaratory Judgment that plaintiff James D. Moses has "substantially prevailed" by the award of financial relief he demanded in this case, now therefore the Motion for an extension is granted.

Plaintiff shall have until August 13th, 2007 to file his reply to the defendant's opposition.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Judge, United States District Court

1