UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES D. MOSES, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No: 06-01712 (JGP) |
| ) | |
| DAVID M. WALKER, ) | |
| Comptroller General of the ) | |
| U.S. Government Accountability Office, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

**JOINT STATUS REPORT**

Pursuant to the Minute Order filed on August 13, 2007, the parties, through their respective counsels, submit this status report on the above captioned case. This case has neither been resolved nor has become moot. The Plaintiff James D. Moses and the Defendants, David M. Walker, Comptroller General of the United States, Government Accountability Office ("GAO") et al., believe that the case should remain in active status. Plaintiff James D. Moses commenced this action under the Age Discrimination in Employment Act of 1964 ("ADEA"), 29 U.S.C. § 633a (2006), the Constitution, and other federal laws and regulations, alleging age discrimination in performance appraisals, advancements, pay and terminations.

There are 21 motions that have not been resolved and are not moot:

DOCKET # 1         Motion for Preliminary Injunction and Motion for Certification of Class by
10/4/06             Plaintiff

DOCKET # 3         Motion to Consolidate Cases by Plaintiff
11/27/06

| | |
|---|---|
| DOCKET # 4<br>11/27/06 | Motion to Stay Class Certification by Defendant |
| DOCKET # 5<br>12/11/06 | Motion to Dismiss by Defendant |
| DOCKET # 6<br>12/20/06 | Consent Motion for Extension of Time to File a Response to Defendant's Motion to Dismiss by Plaintiff |
| DOCKET # 7<br>12/22/06 | Consent Motion for Extension of Time to Oppose Motion to Consolidate by Defendant |
| DOCKET # 8<br>12/22/06 | Motion for Protective Order Staying Discovery by Defendant |
| DOCKET # 10<br>1/22/07 | Consent Motion for Extension of Time to File an Opposition to Motion to Dismiss by Plaintiff |
| DOCKET # 14<br>2/28/07 | Consent Motion for Leave to File Sur-Reply to Defendant's Motion to Dismiss by Plaintiff |
| DOCKET # 18<br>3/15/07 | Consent Motion for Leave to file Response to Sur-Reply by Defendant |
| DOCKET # 20<br>3/28/07 | Motion for Hearing with Presentation of Evidence and Witnesses by Plaintiff |
| DOCKET # 22<br>5/2/07 | Consent Motion for for Extension of Time to File Petitition for Interim Fees and Costs for a Substantially Prevailing Plaintiff by Plaintiff |
| DOCKET # 23<br>5/2/07 | Motion for Emergency Hearing to Enforce by Plaintiff |
| DOCKET # 28<br>5/21/07 | Emergency Motion for Preliminary Injunction Temporary Restraining Order and Immediate Certification of the Class by Plaintiff |
| DOCKET # 29<br>5/22/07 | Consent Motion for Extension of Time to June 21, 2007 for filing a Petition for Interim Costs and Attorney's Fees by Plaintiff |

| | |
|---|---|
| DOCKET # 32<br>6/4/07 | Motion for Permission to Allow One Witness to Be Subpoenaed and To Testify at Injunction Hearing, and Produce Documents Subpoenaed by Plaintiff |
| DOCKET # 33<br>6/5/07 | Consent Motion for Extension of Time to Oppose Immediate Certification and Injunction by Defendant |
| DOCKET #37<br>6/20/07 | Consent Motion for Extension of Time to Oppose Motion for Immediate Class Certification and Injunction by Defendant |
| DOCKET #41<br>7/10/07 | Motion for Entry of Declaratory Judgment that Moses Has Substantially Prevailed by Plaintiff |
| DOCKET # 44<br>8/1/07 | Motion to Supplement Opposition to Motion for Declaratory Judgement and Attorney's Fees re: Memorandum in Opposition by Defendant |
| DOCKET #45<br>8/06/07 | Consent Motion for Extension of Time to File a Reply to Defendants' Opposition to a Declaratory Judgment that Moses has "substantially prevailed" in his claims by Plaintiff |

| | |
|---|---|
| September 5, 2007 | Respectfully submitted, |

| | |
|---|---|
| /s/ charltonw 2428 | /s/ |
| Walter T. Charlton, D.C. Bar #186940 | JEFFREY A. TAYLOR, D.C. BAR #498610 |
| Walter T. Charlton & Assoc. | United States Attorney |
| 1156 15th Street, N.W. | |
| LL 10 | /s/ |
| Washington, D.C.  20005 | RUDOLPH CONTRERAS, D.C. BAR # 434122 |
| (410) 571-8764 (phone) | Assistant United States Attorney |
| | |
| | /s/ |
| | ANDREA McBARNETTE, D.C. Bar  # 483789 |
| | Assistant United States Attorney |
| | 555 Fourth Street, N.W. |
| | Washington, D.C. 20530 |
| | (202) 514-7153  (phone) |