CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JAMES P. MOSES )
)
Plaintiff )
)
v. )   Civil Case Number 06-1712 (EGS)
)
DAVID WALKER, Comptroller General )   Category   H
)
Defendant )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on October 25, 2007 from Judge John Garrett Penn to Judge Emmet G. Sullivan by direction of the Calendar Committee.

(Related to 87-3538)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Sullivan & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk ✓