UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES D. MOSES | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 06-1712 (JGP) |
| | ) |
| DAVID M. WALKER | ) |
| Comptroller General of the United States | ) |
| Government Accountability Office (GAO) | ) |
| | ) |
| and | ) |
| | ) |
| Michael Doheny, Chair | ) |
| The Personnel Appeals Board of the GAO | ) |
| | ) |
| **Defendants.** | ) |

## SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Heather Graham-Oliver, Assistant U.S. Attorney, as counsel of record and withdraw Andrea McBarnette for the defendants in the above-captioned case.

Respectfully submitted,

/s/
_____
HEATHER GRAHAM-OLIVER
Assistant U.S. Attorney
Civil Division
501 Third Street, N.W.
Washington, D.C. 20530
(202) 305-1334