REFERRAL TO MAGISTRATE JUDGE

CATEGORY: H

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | | | | |
|---|---|---|---|---|
| CASE NO:<br>06-1712 | DATE REFERRED:<br>4/15/08<br><br>DISPOSITION DATE: | PURPOSE:<br>report and recommendation on dispositive motion | JUDGE:<br>EMMET G. SULLIVN | MAG. JUDGE<br>DEBORAH A. ROBINSON |
| PLAINTIFF(S):<br>MOSES | | DEFENDANT(S):<br>WALKER, ET AL | | |
| ENTRIES: | | | | |