UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES D. MOSES | ) <br> ) <br> ) |
| **Plaintiff,** | ) <br> ) |
| v. | ) Civil Action No. 06-1712 (EGS) <br> ) |
| GENE L. DODARO, Acting Comptroller <br> General of the United States <br> Government Accountability Office (GAO), <u>et al.</u> | ) <br> ) <br> ) <br> ) |
| **Defendants.** | ) |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME
### TO PLEAD OR OTHERWISE MOVE

Now comes the General Accountability Office (GAO) *et al.*, by and through their attorneys, and hereby respectfully moves the Court, pursuant to Fed. R. Civ. P. 6, for an extension of time within which to answer, move, or otherwise plead to plaintiff's complaint, until ten (10) days after the Court rules on the Defendants' Partial Motion to Dismiss. Counsel for the Plaintiff was consulted and has consented to this motion.

On April 29, 2008, defendants filed a Partial Motion to Dismiss all of the plaintiff's complaint except for one claim. The defendants wish to answer the complaint with respect to that one outstanding claim, after this Court rules on their Partial Motion to Dismiss.

This motion is not for purposes of delay but for good cause shown.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, Esq. D.C. Bar # 498610
United States Attorney

/s/
_____
RUDOLPH CONTRERAS,  D.C. Bar # 434122
Assistant United States Attorney


/s/

_____
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
U.S. Attorney's Office
Judiciary Center Building
555 Fourth Street, NW
Suite 4-4808
Washington, D.C. 20530
(202) 305-1334

Counsel for Defendants