UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES D. MOSES ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-1712 (EGS)(DAR) |
| ) | |
| GENE L. DODARO, Acting Comptroller ) | |
| General of the United States ) | |
| Government Accountability Office (GAO), et al. ) | |
| ) | |
| **Defendants.** ) | |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR DECLARATORY JUDGMENT AND MOTION TO INTERVENE

Now comes the Government Accountability Office (GAO) *et al.*, by and through their attorneys, and hereby respectfully moves the Court, pursuant to Fed. R. Civ. P. 6, for an extension of time within which to file an Opposition to plaintiff's Motion for Declaratory Judgment and Motion to Intervene up to and including May 23, 2008. Plaintiff has consented to this motion.

The undersigned counsel seeks additional time to file an opposition due, in great part, to her litigation schedule in the following unrelated matters: filing a Motion For Summary Judgment in Hawkins v. Mukasey, Civ. Act. No. 07-0010 (RMC) on May 7, 2008; filing of a 16.3 report in Anderson et al v. Spellings, Civil Action 06-1565 (RMC)on May 12, 2008; preparing a Motion for Reconsideration in Davis v. DOJ, Civ. No. 88-130 (TPJ) on May 13, 2008; and preparing a Motion for Summary Affirmance in Bestor v. DOJ, Ct. of Appeals 08-5076 due on May 19, 2008.

This motion is not for purposes of delay but for good cause shown.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, Esq. D.C. Bar # 498610
United States Attorney

/s/
_____
RUDOLPH CONTRERAS,  D.C. Bar # 434122
Assistant United States Attorney

/s/


_____
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
U.S. Attorney's Office
Judiciary Center Building
555 Fourth Street, NW
Suite 4-4808
Washington, D.C. 20530
(202) 305-1334

Counsel for Defendants