IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| James D. Moses )<br>    For himself and )<br>    All others similarly situated )<br>)<br>**Plaintiffs** )<br>)<br>        v. )<br>)<br>**DAVID M. WALKER** )<br>Comptroller General of the United States, )<br>Government Accountability Office (GAO) )<br>    and )<br>**Michael Doheny, Chair** )<br>The Personnel Appeals Board )<br>    of the GAO, (PAB) )<br>    Defendants. )<br>) | Case No.   1:06 CV 01712 (EJS)<br>                        MJ   (DAR) |

**CONSENT MOTION FOR EXTENSION OF TIME (TWO DAYS)
TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

    Plaintiff herein, James D. Moses, by and through counsel hereby requests an extension of two days to file his renewed response to Defendant's Motion to Dismiss. Opposing counsel, Heather Graham-Oliver has graciously consented to the extension requested.

    Wherefore, the two day extension is respectfully requested. An order granting the extension is attached.

                                                                        Respectfully submitted,

                                                                      *Charltonw2428*

                                                                      Walter T. Charlton,
                                                                      D.C. Bar # 186940
                                                                      Telephone 410-571 8764
                                                                      230 Kirkley Road, Annapolis, Maryland
                                                                      Attorney for Plaintiff and the putative class
                                                                      Email, charltonwt@comcast.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **James D. Moses**<br>　　For himself and<br>　　All others similarly situated<br><br>**Plaintiffs**<br><br>　　　　v.<br><br>**DAVID M. WALKER**<br>**Comptroller General of the United States,**<br>**Government Accountability Office (GAO)**<br>　　and<br>**Michael Doheny, Chair**<br>**The Personnel Appeals Board**<br>　　of the GAO, (PAB)<br>　　　　Defendants. | Case No.　1:06 CV 01712  (EJS)<br>　　　　　　　　MJ　(DAR) |

**POINTS AND AUTHORITIES IN SUPPORT OF
CONSENT MOTION FOR EXTENSION OF TIME (TWO DAYS)
TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

**STATEMENT OF POINTS AND AUTHORITIES**

　　1.  Counsel for the plaintiff is also counsel for a number of other clients in these related cases before the Honorable Magistrate.  One of those cases is case No 01-cv-0517. Chennareddy et al V. Walker.

　　2.  That other case has a document filing also due today, creating an overload with two filings due the same day.

　　3.  In addition, plaintiffs time for consideration of the instant filing was slightly impacted by the one day late filing of the exhibits accompanying defendants filing.  Those exhibits were due to be filed on April 29, but were not filed until April 30th, 2008.

　　4.  Heather Graham-Oliver AUSA was contacted today and consented to this request for a two day expansion of time to file the plaintiffs renewed opposition to the partial dismissal requested.

　　5.  There will be no prejudice to any party or the Court by granting the extension requsted..

1

Wherefore, the two day extension is respectfully requested or until April 29, 2008 to file plaintiffs response in opposition to defendants' Motion to Dismiss the complaint.

Respectfully submitted,

*Charltonw2428*

Walter T. Charlton,
D.C. Bar # 186940
Telephone 410-571 8764
230 Kirkley Road, Annapolis, Maryland
Attorney for Plaintiff and the putative class
Email, charltonwt@comcast.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **James D. Moses**<br>    For himself and<br>    All others similarly situated<br><br>**Plaintiffs**<br><br>        v.<br><br>**DAVID M. WALKER**<br>**Comptroller General of the United States,**<br>**Government Accountability Office (GAO)**<br>    and<br>**Michael Doheny, Chair**<br>**The Personnel Appeals Board**<br>    **of the GAO, (PAB)**<br>    **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No.   1:06 CV 01712  (EJS)<br>)                              MJ     (DAR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of plaintiff's Consent Motion for an Extension of time of two days to file his response to the Motion to Dismiss filed by defendants, and it appearing that there will be no prejudice to any party by the request, now therefore the Motion is Granted.

Plaintiffs response in opposition to the Motion to Dismiss will be due on or before May 29th, 2008.

_____
United States District Court
Magistrate Judge Deborah A. Robinson

1