UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES D. MOSES | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1712 (EGS)(DAR) |
| | ) |
| GENE L. DODARO, Acting Comptroller | ) |
| General of the United States | ) |
| Government Accountability Office (GAO), et al. | ) |
| | ) |
| Defendants. | ) |

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Now comes the Federal Defendants, by and through their attorneys, and hereby respectfully move the Court, pursuant to Fed. R. Civ. P. 6, for a two-day extension of time within which to file an Reply to plaintiff's Opposition to Defendant's Motion to Dismiss up to and including June 12, 2008. Plaintiff has consented to this motion.

The undersigned counsel seeks this additional time to file an opposition due to her researching and writing a Motion To Dismiss in another matter: Hicks v. Bledsoe, Civil Action 07-1959 (HHK).

This motion is not for purposes of delay but for good cause shown.

Respectfully submitted,


/s/
_____
JEFFREY A. TAYLOR, Esq. D.C. Bar # 498610
United States Attorney


/s/
_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
_____
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
U.S. Attorney's Office
Judiciary Center Building
555 Fourth Street, NW
Suite 4-4808
Washington, D.C. 20530
(202) 305-1334

Counsel for Defendants